STATE OF OREGON,
*Respondent,*
*v.*
ROBERT MORGAN REITER,
*Petitioner.*

(CA 12377, SC 26803)

Robert J. McCrea, Eugene, argued the cause for petitioner. With him on the briefs were Paul R. Frisch, and Morrow, McCrea & Divita, P.C., Eugene.

Frederick A. Hugi, Assistant District Attorney, Lane County, argued the cause for respondent. With him on the briefs was J. Pat Horton, District Attorney Lane County.

Before Denecke, Chief Justice, and Tongue, Howell, Lent, Linde and Peterson, Justices.

HOWELL, J.

Reversed.